35 A.3d 1

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, Honorable Chief Justice Ronald D. Castille, Trustee Ad Litem

v.

Jeffrey B. ROTWITT, Obermayer Rebmann Maxwell & Hippel LLP and Deilwydd Property Group FC LLC.

Petition of Obermayer Rebmann Maxwell & Hippel LLP.

Supreme Court of Pennsylvania.

Dec. 9, 2011.

No. 171 EM 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of December, 2011, the applications for extraordinary relief and for leave to file a reply are DENIED.

Chief Justice CASTILLE did not participate in the consideration or decision of this matter.